UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONALD NABOR | CIVIL ACTION |
| VERSUS | NO. 11-497 |
| ST. JOHN PARISH CORRECTIONAL CENTER ET AL. | SECTION "A" (2) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that defendant's motion for summary judgment is GRANTED and plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 16th  day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE